IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| STEFANY L. SCHASSER,                )<br>                                                       )<br>                        Plaintiff,       )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>CAROLYN W. COLVIN,[1]            )<br>Commissioner of Social Security, )<br>                                                       )<br>                        Defendant.    )<br>_____ ) | CIVIL ACTION<br><br>No. 12-2359-KHV |

## ORDER

Stefany L. Schasser appeals the final decision of the Commissioner of Social Security to deny Supplemental Security Income benefits under Title XVI of the Social Security Act, 42 U.S.C. § 1381 et seq. On June 3, 2014, Magistrate Judge Gerald L. Rushfelt recommended that the Court affirm the Commissioner's decision. See Report And Recommendation (Doc. #16). The deadline for written objections to the report and recommendation was June 17, 2014. The parties have not objected. The Court hereby adopts the Report And Recommendation (Doc. #16) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g)**.

Dated this 23rd day of June, 2014 at Kansas City, Kansas.

                              s/ Kathryn H. Vratil
                              KATHRYN H. VRATIL
                              United States District Judge

---

[1] On February 14, 2013, Carolyn W. Colvin became Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is substituted for former Commissioner Michael J. Astrue as defendant in this suit.